Demarco Tempo #54725-039
McKean FCI
P.O. Box 8000
Bradford, PA 16701
Defendant - Pro Se



FILED
JUN 16 2023
CLERK'S OFFICE
DETROIT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 16-mc-50669

DEMARCO TEMPO,

    Defendant.

## REQUEST FOR PRODUCTION OF DOCUMENTS

### I. INTRODUCTION

Defendant Demarco Tempo, pro se, hereby moves this Honorable Court for production of casefile documents. Tempo moves the Court for an order that the Clerk of the United States District Court for the Eastern District of Michigan produce the documentation requested.

### II. DOCUMENTATION REQUESTED

The Defendant requests the following documents; (1) search warrant affidavit, (2) search warrant, and (3) return affidavit on the warrant:

    A. 16-mc-50669, May 6, 2016 - Tracking Warrant, Magistrate Mona K. Majzoub

    B. 16-mc-50669-1, June 3, 2016 - Tracking Warrant, Magistrate David R. Grand

    C. 16-mc-50669-2, June 3, 2016 - Search of Residence, Magistrate David R. Grand

    D. 16-mc-50669-3, June 3, 2016 - Search of Residence, Magistrate David R. Grand

    E. 16-mc-50669-4, June 3, 2016 - Search of Residence, Magistrate David R. Grand

    F. 16-mc-50669-5, June 3, 2016 - Search of Residence, Magistrate David R. Grand

    G. 16-mc-50669-9 July 8, 2016 - Cellphone Warrant, Magistrate Anthony P. Patti

III. CONCLUSION

IN THE INTERESTS OF JUSTICE, the Defendant moves the Court GRANT his motion for production of documents and order the Clerk of the district court produce the documentation requested.

DATED this 10th day of June, 2023.

*Demarco Tempo*
Defendant - Demarco Tempo

## CERTIFICATE OF SERVICE

Foregoing copies served via U.S. Mail and electronically via the Clerk of the United States Court of Appeals for the Sixth Circuit CM/ECF system this 10th day of June, 2023, to:

Mr. Benjamin Coats
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Email: benjamin.coats@usdoj.gov

*/s/ Demarco Tempo*
Defendant - Demarco Tempo



Demarco Tempo #54725-039
McKean FCI
P.O. Box 8000
Bradford, PA 16701

U.S. MARSH[AL]
U.S. District Court - EDM
c/o Clerk
231 W. Lafayette Boulevard
Detroit, Michigan 48226

7018 0680 0001 1300 6577

CERTIFIED MAIL