Demarco Tempo #54725-039
McKean FCI
P. O. Box 8000
Bradford, PA 16701
Defendant - Pro Se



FILED

SEP 20 2023

CLERK'S OFFICE
DETROIT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                      CASE NO.   16-mc-50669

DEMARCO TEMPO,

   Defendant,

### DEFENDANT'S MOTION FOR LIMITED UNSEALING OF DOCKETS

I.  INTRODUCTION

  Defendant Demarco Tempo, pro se hereby moves this Honorable Court for an order that the Clerk of the United States District Court for the Eastern District of Michigan unseal the above-captioned docket(s) for the production of documentation evidence in support of his 28 U.S.C. 2255 motion.

II.  DOCKETS FOR UNSEALING

  The Defendant moves the Court for an order that the Clerk of the district unseal the following dockets to compel the production of documents.

  A.  16-mc-50669, May 6, 2016 - Tracking Warrant

  B.  16-mc-50669-1, June 3, 2016 - Tracking Warrant

  C.  16-mc-50669-2, June 3, 2016 - Search of Residence

  D.  16-mc-50669-3, June 3, 2016 - Search of Residence

  E.  16-MC-50669-4, June 3, 2016 - Search of Residence

  F.  16-mc-50669-5, June 3, 2016 - Search of Residence

G. 16-mc-50669-9, July 8, 2016 - Cellphone Warrant

III.   CONCLUSION

IN THE INTERESTS OF JUSTICE, the Defendant moves the Court for a limited unsealing order that the Clerk of the district court allow the production of documentary evidence in support of his 28 U.S.C. 2255 motion.

DATED this 30th day of August, 2023.

*Demarco Tempo*
Defendant - Demarco Tempo

DeMarco Tempo #54725039
McKean FCI
P.O. Box 8000
Bradford, PA 16701

U.S.M.

FEDERAL CORRECTIONAL INSTITUTION, MCKEAN
P.O. BOX 5000, BRADFORD, PA 16701
DATE 9-13-23

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

U.S. District Court - Clerk
231 W. Lafayette Blvd.
Detroit, MI 48226

ROCHESTER NY
14 SEP 2023


